Bankruptcy No. 15-17304            Adversary No. 16-151

## CERTIFICATE OF SERVICE

I, Michael W. Gallagher, certify that I am, and at all times during the
service of process was, not less than 18 years of age and not a party to
the matter concerning which service of process was made. I further
certify that the service of this summons and a copy of the
complaint was made on May 5, 2016    (date)  by:


(X) Mail service: Regular, first class United States mail, postage pre-
paid, addressed to :Cory Guindon, President Landmark Asset Receivables
Management LLC, 7340 S. Kyrene Road Suite 200 Tempe AZ 85283;
CT Corporation System 116 Pine Street - Suite 320 Harrisburg, Pennsylvania
17101 Registered Agent for Service of Process For Landmark; Kendall D.
Kelly, President Beneficial Consumer Discount Company 26525 N. Riverwoods
Blvd. Mettawa, IL 60045-3438; CT Corporation System 116 Pine Street -
Suite 320 Harrisburg, Pennsylvania 17101 Registered Agent for Service
of Process for Beneficial.

( ) Personal Service: By leaving the process with defendant or with an
officer or agent of defendant at


( ) Residence Service: By leaving the process with the following adult at


( ) Publication: The defendant was served as follows: [Describe briefly]


( ) State Law: The Defendant was served pursuant to the laws of the State
of (name of state) as follows: [Describe briefly]


Under penalty of perjury, I declare that the foregoing is true and
correct.


May 5, 2016
Date                                    Signature


Print Name                  Michael W. Gallagher

Business Address            401 W. Johnson Highway, Suite 4

City, State, Zip            East Norriton, PA 19401